UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

CIVIL MINUTES – GENERAL

Case No. SACV 12-00567-CJC(MLGx)            Date: April 30, 2012

Title: HSBC BANK USA NATIONAL ASSOCIATION v. MARIA L. GARCIA, ET AL

PRESENT:

**HONORABLE CORMAC J. CARNEY, UNITED STATES DISTRICT JUDGE**

| Michelle Urie | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:

None Present                                          None Present

**PROCEEDINGS: (IN CHAMBERS) ORDER REMANDING CASE FOR LACK OF SUBJECT MATTER JURISDICTION**

       On April 22, 2011, Plaintiff HSBC Bank USA, National Association ("HSBC") filed this action for unlawful detainer against Defendant Maria L. Garcia in California state court. On March 9, 2012, Ms. Garcia removed this action to federal court, purportedly on the basis civil rights removal pursuant to 28 U.S.C. § 1443. On March 6, 2012, this Court remanded the case for lack of subject matter jurisdiction. Ms. Garcia again removed the action to federal court on April 12, 2012. Ms. Garcia's second attempt to rely on civil rights removal pursuant to 28 U.S.C. 1443(1) is again unavailing. Ms. Garcia does not explain why civil rights removal is proper in this action, how this case involves any violation of any law providing for equal civil rights, or why she cannot adequately enforce her civil rights in state court. Her allegations that the state court is depriving her of due process remain conclusory and without support. Accordingly, the Court, on its own motion, again REMANDS the case to state court.

jsk

MINUTES FORM 11
CIVIL-GEN                                                                  Initials of Deputy Clerk MU